UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

U.S.A.                                    CITATION/CASE NO _6:11-mj-056-MJS_

v

_Sara Lopsdain_    **JUDGMENT and ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
        City       State       Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, PENALTY ASSESSMENT OR PROCESSING FEE IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS: NOTE: FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

*I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE and CORRECT.*

DATE: _____               _____
                                                        Defendant's Signature

YOU ARE HEREBY ORDERED TO **PAY/COMPLY** WITH THE FOLLOWING:

(☑) Penalty ASSESSMENT of $ _10.00_      ( ) RESTITUTION of $ _____
( ) PROCESSING Fee of $ _____      (☑) FINE of $ _240.00_

for a TOTAL AMOUNT of $ _250.00_,

paid within _11_ _2011_       OR payments of $ _____ per month, commencing _____ and due on the _____ of each month until PAID IN FULL - note late payments could be subject to **late/delinquent** charges imposed by C.V.B.

( ) REVIEW1 Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Courtroom _____
( ) Compliance HEARING: _____ at _____ a.m. / p.m. in Courtroom _____
( ) RESTITUTION / VICTIM information _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk Of Court.
( ) TRAFFIC SCHOOL by _____ with Proof mailed to _____
(☑) PROBATION to be unsupervised / supervised for: _Unsupervised Probation for 12 months: Obey all laws_

Payments must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):

( ) CENTRAL VIOLATIONS BUREAU
PO Box 71363
Philadelphia, PA 19176-1363
1-800-827-2982

( ) CLERK U.S.D.C.
501 "I" St., #4-200
Sacramento, CA 95814

(☑) CLERK U.S.D.C
2500 Tulare St., Rm 1501
Fresno, CA 93721

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: _10/18/2011_                      _[signature]_
                                                  U.S. MAGISTRATE JUDGE